# Court of Appeals
# of the State of Georgia

ATLANTA, __May 05, 2020__

*The Court of Appeals hereby passes the following order:*

**A20A1682.  JIMELL RAHEEN BROWN v. STATE OF GEORGIA, EX REL. CRAIG FRASER, DISTRICT ATTORNEY.**

In this forfeiture action, the trial court entered a final order and judgment and an order for the sale and distribution of the forfeited property on December 20, 2019. Claimant Jimell Brown filed a notice of appeal on February 5, 2020.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Brown's notice of appeal was untimely filed 47 days after entry of the orders he seeks to appeal. Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    *Clerk's Office, Atlanta,__05/05/2020__*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

__Stephen E. Castlen_____ *, Clerk.*